UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDY GEORGE,

    Plaintiff,

  v.

ROGER WALKER et al,

    Defendants.

Case No. 05-cv-4181-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on a motion for summary judgment, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that plaintiff's claims against Joe Cini, in this case, are **DISMISSED WITHOUT PREJUDICE**;

**IT IS ORDERED AND ADJUDGED** that plaintiff's claims against Julie Curry, in this case, are **DISMISSED WITH PREJUDICE**;

**IT IS ORDERED AND ADJUDGED** that Judgement is entered in favor of defendants Roger Walker, Shelton Frey, Becky Williams, and Richard Bard, and against plaintiff Randy George on all claims.

**DATE: July 25, 2007**

                                                  **NORBERT G. JAWORSKI, CLERK**

                                                  **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**